1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON S. HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:12-MJ-0034 CKD |
| | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| IMRAN AHMED MIR, | ) | |
| | ) | |
| Defendant. | ) | |

On February 3, 2012, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and this case be unsealed.

DATED: February 13, 2012                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ Jason S. Hitt
                                           JASON S. HITT
                                           Assistant U.S. Attorney

```
1   BENJAMIN B. WAGNER
    United States Attorney
2   JASON S. HITT
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )   2:12-MJ-0034 CKD
                                   )
13      v.                         )   ORDER
                                   )   FOR UNSEALING COMPLAINT
14  IMRAN AHMED MIR,               )
                                   )
15          Defendant.             )
    _____)
16

17      The government's request to unseal the Complaint and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: February 13, 2012
```

_(signature: Kendall J. Newman)_

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE