```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 2:12-mj-00034 CKD
                                 )
12              Plaintiff,       )   STIPULATION AND
                                 )   ORDER CONTINUING
13       v.                      )   PRELIMINARY HEARING AND
                                 )   EXCLUDING TIME
14  IMRAN AHMED MIR,             )
                                 )
15              Defendant.       )
    _____)
16
```

17　　　IT IS HEREBY STIPULATED by and between Assistant United States
18　Attorney Jason Hitt, counsel for the plaintiff United States of
19　America, and defendant Imran Ahmed MIR, by and through his counsel
20　Douglas Beevers, Esq., that good cause exists to extend the
21　preliminary hearing currently set for February 27, 2012, at 2:00
22　p.m. to March 27, 2012, pursuant to Federal Rule of Criminal
23　Procedure 5.1(d).

24　　　Good cause exists to extend the time for the preliminary
25　hearing within meaning of Rule 5.1(d) because the defendant received
26　an initial production of discovery, including audio recordings and
27　visual images from the drug purchases alleged in the Criminal
28　Complaint. In addition, the parties have engaged in initial

discussions about a possible pre-indictment resolution that would consolidate the current Criminal Complaint and an anticipated petition for violation of supervised release from the Probation Office. A pre-indictment resolution could benefit the defendant by significantly reducing his possible sentencing exposure in this case. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him. Counsel believe a resolution on this case will occur if additional time to continue the preliminary hearing is granted.

The parties further stipulate that the ends of justice are served by the Court excluding time from February 27, 2012, to March 27, 2012, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, review the discovery recently produced in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case and the forthcoming petition for violations of supervised release. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice

/ / /
/ / /
/ / /
/ / /
/ / /

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: February 27, 2012 /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: February 27, 2012 /s/Jason Hitt for Mr. Beevers
DOUGLAS BEEVERS, ESQ.
Counsel for defendant
Imran Ahmed MIR
Authorized to sign for Mr. Beevers on 02-27-12

| | |
|---|---|
| 1 | O R D E R |
| 2 | Based upon the representations by counsel and the stipulation |
| 3 | of the parties, **IT IS HEREBY ORDERED** that: |
| 4 | 1. The Court finds good cause to extend the Preliminary |
| 5 | Hearing in <u>United States v. Mir</u>, Case No. 2:12-mj-00034 CKD, from |
| 6 | February 27, 2012, to March 27, 2012, at 2:00 p.m. pursuant to |
| 7 | Federal Rule of Criminal Procedure 5.1(d); |
| 8 | 2. Based upon the representations and stipulation of the |
| 9 | parties, the court finds that the time exclusion under 18 U.S.C. |
| 10 | 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of |
| 11 | justice outweigh the best interest of the public and the defendant |
| 12 | in a speedy trial based upon the factors set forth in 18 U.S.C. |
| 13 | § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act |
| 14 | shall be excluded from February 27, 2012, up to and including March |
| 15 | 27, 2012. |
| 16 | **IT IS SO ORDERED.** |

Dated: February 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE