BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:12-mj-00034 CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| IMRAN AHMED MIR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Imran Ahmed MIR, by and through his counsel Douglas Beevers, Esq., that good cause exists to extend the preliminary hearing currently set for March 27, 2012, at 2:00 p.m. to April 3, 2012, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant received an initial production of discovery, including audio recordings and visual images from the drug purchases alleged in the Criminal Complaint. The parties are trying to resolve an issue with defense

counsel's copies of the audio and video discovery. Specifically, defense counsel's versions have not been operable on his machines and the government is working to provide versions in a different format that will work. In addition, the parties have engaged in additional discussions about a possible pre-indictment resolution that would consolidate the current Criminal Complaint and an anticipated petition for violation of supervised release from the Probation Office. A pre-indictment resolution could benefit the defendant by significantly reducing his possible sentencing exposure in this case. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him. Counsel believe a resolution on this case will occur if additional time to continue the preliminary hearing is granted.

The parties further stipulate that the ends of justice are served by the Court excluding time from March 27, 2012, to April 3, 2012, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against this defendant, review the discovery recently produced in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case and the forthcoming petition for violations of supervised release. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice
///

outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: March 26, 2012                /s/Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

DATED: March 26, 2012                /s/Jason Hitt for Mr. Beevers
                                     DOUGLAS BEEVERS, ESQ.
                                     Counsel for defendant
                                     Imran Ahmed MIR
                                     Authorized to sign for Mr.
                                     Beevers on 03-26-12

| | |
|---|---|
| 1 | O R D E R |
| 2 | Based upon the representations by counsel and the stipulation |
| 3 | of the parties, **IT IS HEREBY ORDERED** that: |
| 4 | 1. The Court finds good cause to extend the Preliminary |
| 5 | Hearing in <u>United States v. Mir</u>, Case No. 2:12-mj-00034 CKD, from |
| 6 | March 27, 2012, to April 3, 2012, at 2:00 p.m., before Magistrate |
| 7 | Judge Dale A. Drozd, pursuant to Federal Rule of Criminal Procedure |
| 8 | 5.1(d); |
| 9 | 2. Based upon the representations and stipulation of the |
| 10 | parties, the court finds that the time exclusion under 18 U.S.C. |
| 11 | 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of |
| 12 | justice outweigh the best interest of the public and the defendant |
| 13 | in a speedy trial based upon the factors set forth in 18 U.S.C. |
| 14 | § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act |
| 15 | shall be excluded from March 27, 2012, up to and including April 3, |
| 16 | 2012. |

**IT IS SO ORDERED.**

DATE: 3/26/12

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE